IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br>     Plaintiffs, <br><br> v. <br><br> TELEGRAM MESSENGER, LLP, <br>     Defendant. | § <br> § <br> § <br> §    Case No. 2:16-cv-00892-JRG <br> § <br> §    JURY TRIAL DEMANDED <br> § <br> § <br> § |

**CLERK'S ENTRY OF DEFAULT**
**AGAINST TELEGRAM MESSENGER, LLP**

On this __28__ day of September, 2017, it appearing from the declaration in support of default of Kevin Gannon, attorney for Plaintiffs, that the Defendant below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of the following named Defendant is hereby entered:

    Telegram Messenger, LLP



David A. O'Toole